IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | |
|---|---|
| IN RE: <br><br> DONNIE JAMES RITTENHOUSE, JR., <br><br> Debtor. <br><br><br> ANNE PIERO SILAGY, TRUSTEE, <br><br> Plaintiff, <br><br> VS. <br><br> DONNIE JAMES RITTENHOUSE, JR., <br><br> Defendant. | CASE NO. 20-60842 <br><br> CHAPTER 7 <br><br> BANKRUPTCY JUDGE RUSS KENDIG <br><br> ADV. PROC. NO. 21-06019 <br><br><br><br><br> **TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, Anne Piero Silagy, Chapter 7 Trustee, by and through counsel, hereby moves this Court for an Order to extend the time in which to file a reply in support of her Motion for Summary Judgment [Docket No. 10], to on or before January 28, 2022. The Reply is currently due January 21, 2022. Counsel for Defendant approves this Motion.

Respectfully submitted,

/s/ John J. Rutter
Bruce R. Schrader, II – 0039418
John J. Rutter – 0079186
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
E-mail: bschrader@ralaw.com
E-mail: jrutter@ralaw.com
Telephone: 330.376.2700
Facsimile: 330.376.4577

ATTORNEYS FOR PLAINTIFF ANNE PIERO SILAGY, CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was electronically transmitted on January 20, 2022 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Edwin H. Breyfogle  edwinbreyfogle@gmail.com, breyfogleer84552@notify.bestcase.com
- John J. Rutter  jrutter@ralaw.com
- United States Trustee  (Registered address)@usdoj.gov

/s/ John J. Rutter
John J. Rutter